HUMBERTO GALLO #10352-004
F.C.I. RAYBROOK
P.O. BOX 900
RAYBROOK, N.Y. 12977

DKT# 1:92-CR-00200(JAL)

------------------------------
CLERK OF THE COURT
U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.
NOV 24 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

RE: No Response/ASUSA/USPO/To Motion to Reduce Sentence DKT#193

Dear Court Clerk;

    I would like to know what's my status in this situation, since neither parties have answered (Motion). The Honorable Judge Joan A. Lenard decree on 9-23-2015 was set for (Response) by 10-21-2015. See attached copy. Thank you for your time in this legal matter.

Respectfully,

Dated: 11-17-2015

X _____
Humberto Gallo

cc:// File/FWD/RCD

U.S. District Court - Southern District of Florida

        Humberto Gallo 10352-004
        Ray Brook
        Federal Correctional Institution
        Inmate Mail/Parcels
        Post Office Box 900
        Ray Brook, NY 12977

        ------------------------

        Case: 1:92-cr-00200-JAL  #194
        2 pages.
        Wed Sep 23 15:53:09 2015

        ------------------------

IMPORTANT: REDACTION REQUIREMENTS AND PRIVACY POLICY

Note: This is NOT a request for information.

Do NOT include personal identifiers in documents filed with the Court, unless specifically permitted by the rules or Court Order. If you MUST include personal identifiers, ONLY include the limited information noted below:
- Social Security number: last four digits only
- Taxpayer ID number: last four digits only
- Financial Account Numbers: last four digits only
- Date of Birth: year only
- Minor's name: initials only
- Home Address: city and state only (for criminal cases only).

Attorneys and parties are responsible for redacting (removing) personal identifiers from filings. The Clerk's Office does not check filings for personal information. Any personal information included in filings will be accessible to the public over the internet via PACER.

For additional information, refer to Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1. Also see the CM/ECF Administrative Procedures located on the Court's website www.flsd.uscourts.gov.

IMPORTANT: REQUIREMENT TO MAINTAIN CURRENT MAILING ADDRESS AND CONTACT INFORMATION

Pursuant to Administrative Order 2005-38, parties appearing pro se and counsel appearing pro hac vice must file, in each pending case, a notice of change of mailing address or contact information whenever such a change occurs. If court notices sent via the U.S. mail are returned as undeliverable TWICE in a case, notices will no longer be sent to that party until a current mailing address is provided.

                    See reverse side

Subject: Activity in Case 1:92-cr-00200-JAL USA v. Gallo, et al Order Requiring Responses

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Southern District of Florida

Notice of Electronic Filing
The following transaction was entered on 9/23/2015 3:33 PM EDT and filed on 9/23/2015

Case Name: USA v. Gallo, et al

Case Number: 1:92-cr-00200-JAL

Filer:

Document Number: 194

of your Web browser to view the document:
194 (No document attached)

Docket Text:
ENDORSED ORDER Requiring Response(s)
from AUSA and United States Probation Office as to Humberto Gallo pursuant to 2014 USSC Amendment re [193] MOTION to Reduce Sentence - USSC Amendment 782 - 18:3582 (2014) filed by Humberto Gallo. Responses due by 10/21/2015 Signed by Judge Joan A. Lenard on 9/23/2015. (pm)

⇔10352-004⇔
Humberto Gallo
P.O. BOX 900
RAY Brook, NY 12977
United States

Federal Correctional Institution

Legal-Mail

USMS INSPECTED

ALBANY NY 120
RECEIVED
NOV 24 2015
2:28 PM

FCI RAY BROOK
P.O. BOX 900, RAY BROOK, NEW YORK
DATE: 11-19-15

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."

3312618013S

⇔10352-004⇔
U S Court Southern District
400 N Miami AVE
Clerk Of Court Room # 8
Miami, FL 33128
United States